CHARLES A. COPPLE v. DUNCAN TALMADGE WARNER, JR. AND JERRY WAYNE WEST.

(Filed 19 December 1963.)

APPEAL by plaintiff from *Latham, Special Judge,* July 1963 Regular Session of Alamance.

In plaintiff's action to recover damages from defendants, jointly and severally, for personal injuries and property damage he allegedly sustained on account of their joint and concurrent negligence, the court, in separate orders, sustained the separate demurrer of each defendant

to the complaint and as to such defendant dismissed the action. Plaintiff excepted to each order and appealed.

Harold T. Dodge for plaintiff appellant.
Sanders & Holt for defendant appellee Warner.
Thomas D. Cooper for defendant appellee West.

Per Curiam.    Reference is made to the opinion filed simultaneously herewith in the separate action by Mittie Mae Copple, wife of the present plaintiff, against the same defendants, ante, 727.

The allegations on which plaintiff seeks to recover herein and those on which his wife seeks to recover in her said separate action are identical. Too, the demurrers filed and the orders entered in each of the two actions are identical. Hence, the orders herein sustaining the demurrers and dismissing the action are vacated; and the cause is remanded for the entry of orders as directed in our opinion in the Mittie Mae Copple case.

As we construe his complaint, plaintiff seeks to recover solely for personal injuries and damage to his car proximately caused by the second collision. Plaintiff alleges West drove his car across the center line and collided with the Copple and Warner cars, "injuring the plaintiff and damaging his automobile as hereinafter set forth." Whether plaintiff has a separate cause of action against Warner for damages, if any, proximately caused by the first collision, is not presented.

Error and remanded.